any transfers before the court; and there is no indication in the record that this issue was addressed by the parties. Thus, the court had no authority to decide the issue which was not properly before it *(see, Sipos v Kelly,* 66 AD2d 1022). (Appeal from judgment of Supreme Court, Oneida County, Tenney, J. —declaratory judgment.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

■ In the Matter of EDWARD WELCH, JR., Respondent, v ROBIN LAPP, Appellant. (Appeal No. 1.)—Order unanimously reversed on the law without costs and petition dismissed. Memorandum: Family Court erred in deciding the issue of the temporary custody of Jeremy and Jillene Lapp. Robin Lapp, the children's mother, was awarded custody of the children in a divorce decree which also provided that all future matters relative to custody must be referred to Supreme Court. Thus, Family Court had no subject matter jurisdiction to determine custody (Family Ct Act § 115 [b]; § 447 [a]; § 467 [b]; *Harrington v Harrington,* 60 AD2d 982, 983). Family Court also erred in awarding Edward Welch, Jr., temporary custody of Jennifer Welch because the court failed to hold a full best interests hearing *(Obey v Degling,* 37 NY2d 768, 769-770; *Biagi v Biagi,* 124 AD2d 770, 771; *Bellinger v Bellinger,* 109 AD2d 1104; *Matter of Blake v Blake,* 106 AD2d 916). (Appeal from order of Seneca County Family Court, Dugan, J.—temporary custody.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

■ RICHARD LAPP, Respondent, v ROBIN LAPP, Appellant. (Appeal No. 2.)—Order unanimously reversed on the law without costs and petition dismissed. Same memorandum as in *Matter of Welch v Lapp* ([appeal No. 1] 139 AD2d 969 [decided herewith]). (Appeal from order of Seneca County Family Court, Dugan, J.—temporary custody.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

■ In the Matter of ROBIN LAPP, Appellant, v RICHARD LAPP, Respondent. (Appeal No. 3.)—Order unanimously reversed on the law without costs and petition dismissed. Same memorandum as in *Matter of Welch v Lapp* ([appeal No. 1] 139 AD2d 969 [decided herewith]). (Appeal from order of Seneca County Family Court, Dugan, J.—temporary custody.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD GAMBLE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, Peo-*